UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1477 RHK/JMM

DIANE SEVERSON, )
)
Plaintiff, )
)
v. ) ORDER
)
JODY COLLIER, )
)
Defendant. )

Upon application of Defendant, no hearing hereon being deemed necessary, and for good cause shown, it is hereby

ORDERED that Defendant shall be, and hereby is, granted an extension of time to respond to the Complaint of Plaintiff to October 12, 2001.

Dated: 8/15/01

JOHN M. MASON
United States Magistrate Judge

FILED AUG 15 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________