UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1477 RHK/JMM

| | | |
|---|---|---|
| DIANE SEVERSON,<br><br>Plaintiff,<br><br>v.<br><br>JODY COLLIER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER OF DISMISSAL |

Based upon the Stipulation of Dismissal executed by the parties hereto,

IT IS ORDERED that the above-entitled matter may be and it is hereby dismissed, with prejudice, and on the merits without further cost to either party.

Dated: 1/14/02

RICHARD H. KYLE, Judge
United States District Court

JAN 14 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK